B 10 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re  Chris Rosas Silva                  ,          Case No.  13-70223-M-13
       Debtor
                                                     Chapter  13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A., as Trustee for RAMP 2006-RS4

**Court claim no.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account:  8  5  2  8

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 7/18/2013 | (5) | $ 425.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**✘** /s/ Anh Nguyen (SBN 24079053)    Date 7/18/2013
Signature

**Print:** Anh Nguyen    Title Attorney
First Name   Middle Name   Last Name

Company   PITE DUNCAN, LLP

Address   550 Westcott, Suite 560
Number   Street
Houston                     TX    77007
City                        State  ZIP Code

Contact phone (713) 293-3610    Email anguyen@piteduncan.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Post-Petition Mortgage Fees, Expenses and Charges was served on the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid and/or by electronic notice July 18, 2013.

**DEBTOR(S)**

Chris Rosas Silva
21360 Bougainvillea Rd.
Harlingen, TX 78550

**DEBTOR(S) ATTORNEY**
**(Via Electronic Notice)**

Marcos Demetrio Oliva
1418 Beech Avenue
Suite 108
McAllen, TX 78501

**CHAPTER 13 TRUSTEE**
**(Via Electronic Notice)**

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua
Ste 600
Corpus Christi, TX 78401-0823

**U.S. TRUSTEE**
**(Via Electronic Notice)**

U.S. Trustee
United States District Court
606 N Carancahua
Corpus Christi, TX 78401

                        /s/ Anh P. Nguyen (SBN 24079053)
                        Anh P. Nguyen