B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

## Southern District of Texas

In re  Chris Rosas Silva                          ,
_____Debtor_____

Case No. 13-70223-M-13

Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.**  See Bankruptcy Rule 3002.1.

**Name of creditor:** The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A., as Trustee for RAMP 2006-RS4

**Court claim no.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account:  8  5  2  8

**Date of payment change:**
Must be at least 21 days after date of this notice
9 / 1 / 2013

**New total payment:** $ 725.18
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

[✓] No

[ ] Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why:
_____

Current escrow payment:  $ _____       New escrow payment:  $ _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

[ ] No

[✓] Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate:  8.12500 %       New interest rate:  8.00000 %

Current principal and interest payment $ 511.49       New principal and interest payment: $ 506.39

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[✓] No

[ ] Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____       New mortgage payment: $ _____

B 10 (Supplement 1) (12/11)                                                                                     Page 2

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.      ☐ I am the creditor's authorized agent.
                              (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ _____      Date  7 /30 / 2013
   Signature

**Print:**   Anh P. Nguyen                               Title  Attorney for Creditor
             First Name       Middle Name      Last Name

Company    Pite Duncan, LLP

Address    550 Westcott Suite 560
           Number           Street
           Houston                    Texas       77007
           City                       State       ZIP Code

Contact phone  ( 713 ) 293 – 3610                 Email  ANguyen@PiteDuncan.com

07/08/13


CHRIS R. SILVA

21360 BOUGANVILLEA

HARLINGEN TX 78550-0000


RE:   Account Number      REDACTED 8528
      Property Address     21360 BOUGAINVILLEA

                   HARLINGEN TX 78550

Dear CHRIS R. SILVA


            *IMPORTANT NOTICE REGARDING INTEREST RATE
                   AND/OR PAYMENT CHANGES*

The interest rate on your loan was scheduled to adjust on
08/01/13.  The new principal and interest (P&I) amount will be
effective with the 09/01/13 payment.

Projected principal balance after 08/01/13 payment:$    63327.63


Previous index value      0.50800%  New index value      0.41300%
Current interest rate     8.12500%  New interest rate    8.00000%
Current P&I pymt    $      511.49   New P&I pymt $         506.39
Margin                    7.62500%

Rate Next Change Date                02/01/14
Principal and Interest Next Change   03/01/14

Your new interest rate is calculated by adding the margin to the
new index value.  The result of this addition is subject to
rounding and rate cap limitations according to the terms of your
loan documents.

A Mortgage account statement will be sent under separate cover.
If your payments are made through our automatic payment program
your new payment amount will be deducted on your scheduled draft

date.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change was served on the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid and/or by electronic notice on July 30, 2013.

**DEBTOR**

Chris Rosas Silva
21360 Bougainvillea Rd.
Harlingen, TX 78550

**DEBTOR'S ATTORNEY**
**(Via Electronic Notice)**

Marcos Demetrio Oliva
1418 Beech Avenue
Suite 108
McAllen, TX 78501

**CHAPTER 13 TRUSTEE**
**(Via Electronic Notice)**

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua
Ste 600
Corpus Christi, TX 78401-0823

**U.S. TRUSTEE**
**(Via Electronic Notice)**

U.S. Trustee
Department of Justice
United States District Court
606 N Carancahua
Corpus Christi, TX 78401

 /s/ Anh P. Nguyen
Anh P. Nguyen